# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| DANIEL KEARNS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 15-CV-688 |
| | § | |
| FABWORX SOLUTIONS, INC., | § | (Removed from |
| | § | Cause No. C-1-CV-15-005459 |
| Defendant. | § | County Court at Law #2, Travis County, TX) |
| | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

IT IS HEREBY AGREED AND STIPULATED by and between Plaintiff Daniel Kearns and Defendant Fabworx Solutions, Inc. that the Complaint is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(I)(A)(ii).

Dated: Austin, Texas
October 2, 2015

| DANIEL KEARNS | FABWORX SOLUTIONS, INC. |
|---|---|
| By:    /s/ Russell Scott Cook | By:    /s/ Timothy Cleveland |
|       Russell Scott Cook |       Timothy Cleveland |
|       Melissa A. Jacobs |       Weisbart Springer Hayes LLP |
|       The Cook Law Firm |       212 Lavaca Street, Suite 200 |
|       919 Congress Avenue, Suite 1145 |       Austin, Texas 78701 |
|       Austin, Texas 78701 |       (512) 652-5780 |
|       (512) 482-9556 |       (512) 682-2074 |
|       Fax: (512) 597-3172 |       Email:  tcleveland@wshllp.com |
|       Email:  scook@rcooklaw.com | |

Respectfully submitted,

**WEISBART SPRINGER HAYES LLP**
212 Lavaca Street, Suite 200
Austin, Texas 78701
512.652.5780
512.682.2074 fax

By: /s/ Timothy Cleveland
    Timothy Cleveland
    State Bar No. 24055318
    tcleveland@wshllp.com
    Matt C. Wood
    State Bar No. 24066306
    mwood@wshllp.com

**ATTORNEYS FOR DEFENDANT
FABWORX SOLUTIONS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record herein by way of:

- ☐ U.S. Mail, First Class
- ☐ Certified Mail
- ☐ Facsimile
- ☐ Federal Express
- ☐ Hand Delivery
- ☒ E-Mail
- ☒ ECF (electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

on this 2nd day of October, 2015, to wit:

Russell Scott Cook
scook@rcooklaw.com
Melissa A. Jacobs
mjacobs@rcooklaw.com
THE COOK LAW FIRM
919 Congress Ave., Suite 1145
Austin, Texas 78701
512.482.9556
512.597.3172 fax

**ATTORNEYS FOR PLAINTIFF**

/s/ Timothy Cleveland
Timothy Cleveland